IN THE UNITED STATES DISTRICT COURT IN AND FOR
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES NOBLITT<br>2. KRISTIE NOBLITT<br>d/b/a COURTYARD BISTRO,<br><br>               Plaintiffs,<br>v<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a New York for profit insurance corporation,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-15-171-JHP<br>)<br>)<br>) |

**DISMISSAL WITH PREJUDICE BY REASON OF SETTLEMENT**

COME NOW, Plaintiffs JAMES NOBLITT & KRISTIE NOBLITT dba COURTYARD BISTRO, and hereby dismiss their claims against Defendant with prejudice to re-filing same by reason of settlement.  A stipulation of dismissal is not required because service of summons and complaint was not served upon Defendant and Defendant did not respond to this action prior to filing this dismissal.

Respectfully submitted,

s/ Lowell G. Howe_____
Lowell G. Howe, OBA No. 20075
HOWE LAW FIRM, P.C.
436 Court Street, Suite C.
Muskogee, OK  74401
Ph:  918-683-5529
Fx:  918-683-5528

ATTORNEY FOR PLAINTIFFS